489 P.2d 1245

**Stanley WIMMER, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Arizona Public Service Company, Respondent Employer and Carrier.**

**No. I CA–IC 659.**

Court of Appeals of Arizona,
Division 1,
Department B.

Oct. 28, 1971.

Killian & Legg by Vernon L. Nicholas, Mesa, for petitioner.

William C. Wahl, Jr., Chief Counsel, Phoenix, for respondent The Industrial Commission of Arizona.

John S. Schaper, Phoenix, for respondent employer and carrier Arizona Public Service Co.

HAIRE, Judge.

In this review by certiorari of an Industrial Commission award, we are asked to set aside an award which denied the petitioning employee's claim relating to an alleged industrial injury to his back. We have reviewed the evidence presented, and while based upon that evidence this Court might well have reached a different result, we find support for the award which was entered by the hearing officer and affirmed by the Commission. In affirming the award we note that there were certain inconsistencies and contradictions in petitioner's testimony and that inferences could be drawn from other evidence which might cast some doubt on the petitioner's credibility. Because of these inconsisten-

cies, contradictions and possible inferences, the hearing officer was not *required* to accept petitioner's testimony as to whether he was injured in an accident arising out of and in the course of his employment. *See* Carabetta v. Industrial Commission, 12 Ariz.App. 239, 469 P.2d 473 (1970); Fish v. Industrial Commission, 12 Ariz.App. 486, 472 P.2d 97 (1970).

The award is affirmed.

JACOBSON, P. J., and EUBANK, J., concur.